IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID D. DENTON,

        Plaintiff,

v.

                              Civ. No. 4:16CV32

PENNYMAC LOAN SERVICING, LLC

**PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES**

Plaintiff, David D. Denton, moves the court for an award of costs and attorneys' fees in the amount of $85,644.39, pursuant to the Defendant's Rule 68 Offer of Judgment and the Fair Credit Reporting Act, 15 U.S.C. §§ 1681o(a)(2) & 1681n(a)(3).

                Respectfully submitted,

                _____/s/_____
                Susan M. Rotkis, VSB 40693
                CONSUMER LITIGATION ASSOCS., P.C.
                763 J. Clyde Morris Boulevard, Suite 1-A
                Newport News, Virginia 23601
                (757) 930-3660 – Telephone
                (757) 930-3662 – Facsimile
                E-mail: srotkis@clalegal.com
                *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14 day of December 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Justin Michael Sizemore
Reed Smith, LLP

1

901 E. Byrd Street
Suite 1700
Richmond, VA 23219-4069
Email: jsizemore@reedsmith.com

_____/s/_____
Susan M. Rotkis, VSB 40693
CONSUMER LITIGATION ASSOCS., P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com
*Counsel for Plaintiff*

2