IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**DAVID D. DENTON,**

        **Plaintiff,**

v.

        Civ. No. 4:16CV32

**PENNYMAC LOAN SERVICING, LLC**

### ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF COSTS AND ATTORNEYS' FEES

    This matter is before the Court on a motion by the Plaintiff for the court to award costs and attorneys' fees pursuant to the Defendant's Rule 68 Offer of Judgment and the Fair Credit Reporting Act, 15 U.S.C. §§ 1681o(a)(2) & 1681n(a)(3).  Having considered the matter, and deeming it proper and just to do so, the motion will be and is hereby GRANTED.  It is further ORDERED that the Defendant shall have 31 calendar days after the date of this order to tender to Plaintiff's counsel the amount of $85,644.39, the full amount of the fees and costs ordered herein.

    It is so ORDERED.

                                                        _____
                                                       United States District Judge