IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

DAVID D. DENTON,

    Plaintiff,

v.                                      Civil Action No. 4:16-cv-32

PENNYMAC LOAN SERVICES, LLC.,
EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION,
LLC, EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

## ORDER

UPON CONSIDERATION of the Motion of Defendant PennyMac Loan Services, LLC, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, there being no objection from the Plaintiff and it being otherwise just and proper,

IT IS HEREBY ORDERED that Defendant PennyMac Loan Services, LLC shall have by and through January 18, 2017 to file an opposition to Plaintiff's Motion for Award of Attorneys' Fees (ECF No. 43).

Entered this 16th day of Dec., 2016.

/s/ MSD
_____
Mark S. Davis
United States District Judge

_____
United States District Court Judge

US_ACTIVE-129926649.1