UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID D. DENTON,

                  Plaintiff,

v.                                  Case No: 4:16-CV-00032

PENNYMAC LOAN SERVICES, LLC,

                  Defendant.

## ORDER GRANTING
## PLAINTIFF'S CONSENT MOTION TO EXTEND TIME TO REPLY TO DEFENDANT'S OPPOSITION TO THE PLAINTIFF'S APPLICATION FOR FEES

This matter is before the Court on a consent motion by the Plaintiff pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(I) to extend the time in which he has to reply to the Defendant's opposition to the Plaintiff's application for fees. Having considered the matter, and deeming it proper and just to do so, it is hereby ORDERED that the motion is GRANTED. The Plaintiff shall have until January 27, 2017, to file his reply.

It is so ORDERED.

January 23, 2017

/s/ MSD
Mark S. Davis
United States District Judge